UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

C‍AMERON M‍ATTHEW W‍EBB,

      Plaintiff,

v.

A‍NDREW B‍UCHOLTZ et al.,

      Defendants.

_____/

Case No. 1:20-cv-1036

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   March 3, 2021                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge